COLUMBUS BAR ASSOCIATION *v.* BATTISTI.

[Cite as *Columbus Bar Assn. v. Battisti* (2000), 90 Ohio St.3d 452.]

(No. 00–764—Submitted July 6, 2000—Decided December 27, 2000.)

*Randall Arndt, Patricia K. Block* and *Bruce A. Campbell,* for relator.

*Ronald L. Solove,* for respondent.

***Per Curiam.***  We adopt the findings of the board and its conclusion that respondent violated DR 1–102(A)(5) and 7–102(A)(5).  We do not conclude that respondent violated DR 1–102(A)(4).  Our review of the stipulated facts also indicates that respondent's infraction was an isolated incident.  We adopt the recommendation of the board and respondent is hereby publicly reprimanded.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.